



**EXHIBIT**

tabbies

A

## *Property Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | JULY 1, 2015   TO   JULY 1, 2016 |
| *Effective Date* | JULY 1, 2015 |
| *Policy Number* | 3592-20-32 WUC |
| *Insured* | CONTEMPORARY ART MUSEUM ST. LOUIS |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | JUNE 11, 2015 |

This Endorsement applies to the following forms:

PROPERTY/BUSINESS INCOME CONDITIONS & DEFINITIONS

The following changes are made as respects exposures in the state of Missouri.

Under Conditions, Appraisal, Legal Action Against Us and Loss Payment are deleted and replaced with the following:

**Conditions**

**Appraisal**

If we and you disagree on the value of the property or the amount of loss either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, we or you may request that selection be made by a judge of a court of record in the state and county (or city if the city is not within a county) in which the insured property is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

- pay its chosen appraiser; and

- bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.